1
2
3
4
5
6
7
8      **UNITED STATES DISTRICT COURT**
9      **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADRIANA BARBOR,<br><br>                  Plaintiffs,<br><br>         v.<br><br>BLUE SHIELD OF<br>CALIFORNIA LIFE AND HEALTH<br>INSURANCE COMPANY,<br><br>                  Defendants. | Case No.: 3:16-cv-01773-HSG<br><br>Honorable Haywood S. Gilliam, Jr.<br><br>**ORDER REGARDING FILING OF SECOND AMENDED COMPLAINT, RESPONSE THERETO, AND CONTINUATION OF CASE MANAGEMENT CONFERENCE**<br><br>**CASE MANAGEMENT CONFERENCE**<br><br>Date:     July 19, 2016<br>Time:    2:00 p.m.<br>[Courtroom 10, 19th Floor] |

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

---

[PROPOSED] ORDER REGARDING FILING OF SECOND AMENDED COMPLAINT,
RESPONSE THERETO, AND CONTINUATION OF CASE MANAGEMENT CONFERENCE
Case No: 3:16-cv-01773-HSG

Having considered the parties' Stipulation Regarding Filing of the Second Amended Complaint, Response Thereto, and Continuation of the Case Management Conference, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

(1)   Plaintiff shall file a Second Amended Complaint in this action on or before June 17, 2016;

(2)   Defendant's response to the Second Amended Complaint shall be due on July 18, 2016;

(3)   The Case Management Conference shall be continued to Tuesday, August 16, 2016, at 2:00 p.m.

DATED: June 10, 2016

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge

1
[PROPOSED] ORDER REGARDING FILING OF SECOND AMENDED COMPLAINT, RESPONSE THERETO, AND CONTINUATION OF CASE MANAGEMENT CONFERENCE
Case No. 3:16-cv-01773-HSG