1  MANATT, PHELPS & PHILLIPS, LLP
   GREGORY N. PIMSTONE (CA Bar No. 150203)
2  JOHN LEBLANC (CA Bar No. 155842)
   ILEANA M. HERNANDEZ (CA Bar No. 198906)
3  LEAH R. ADAMS (CA Bar No. 266645)
   11355 West Olympic Boulevard
4  Los Angeles, CA 90064-1614
   Telephone: (310) 312-4000
5  Facsimile: (310) 312-4224

6  *Attorneys for Defendant*
   CALIFORNIA PHYSICIANS' SERVICE dba
7  BLUE SHIELD OF CALIFORNIA

8  KANTOR & KANTOR, LLP
   GLENN R. KANTOR (CA Bar No. 122643)
9  TIMOTHY J. ROZELLE (CA Bar No. 298332)
   19839 Nordhoff Street
10 Northridge, CA 91324
   Telephone:  (818) 886-2525
11 Facsimile:   (818) 350-6272

12 *Attorneys for Plaintiff*
   ADRIANA BARBOR

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| ADRIANA BARBOR, | Case No. 3:16-cv-01773-WHO |
|---|---|
| Plaintiff, | Honorable William H. Orrick |
| v. | **STIPULATION AND ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND TO EXTEND TIME FOR DEFENDANT CALIFORNIA PHYSICIANS' SERVICE DBA BLUE SHIELD OF CALIFORNIA TO RESPOND TO THE SECOND AMENDED COMPLAINT** |
| CALIFORNIA PHYSICIANS' SERVICE dba BLUE SHIELD OF CALIFORNIA, | |
| Defendant. | |
| | Complaint Filed:    April 7, 2016 |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND ORDER TO CONTINUE THE INITIAL CMC AND TO EXTEND TIME FOR
DEFENDANT TO RESPOND TO SECOND AMENDED COMPLAINT
CASE NO. 3:16-CV-01773-WHO

Plaintiff Adriana Barbor ("Plaintiff") and Defendant California Physicians' Service dba Blue Shield of California ("Blue Shield" or "Defendant") stipulate, pursuant to Civil Local Rule 6-2, as follows:

1. Plaintiff filed this action against Blue Shield Life & Health Insurance Company ("Blue Shield Life") on April 7, 2016. [Dkt. No. 1.] The case was assigned to the Honorable Haywood S. Gilliam, Jr.

2. On May 20, 2016, Plaintiff filed her First Amended Complaint ("FAC"). [Dkt. No. 13.] On June 3, 2016, Blue Shield Life informed Plaintiff's counsel of various defects it had identified with the FAC, including, among other things, that Plaintiff had named the wrong entity. At that time, Blue Shield Life stated that it believed that several arguments it had raised in its motion to dismiss portions of the second amended complaint in *Homampour, et al. v. Blue Shield of California Life and Health Insurance Company, et al.*, Case No. 15-cv-05003-WHO, were applicable to the *Barbor* FAC.

3. On June 9, 2016, the parties filed a stipulation regarding the filing of an amended complaint and continuation of the case management conference initially set for July 19, 2016. [Dkt. No. 15.] On June 10, 2016, the Court entered the parties' stipulation. [Dkt. No. 16.] Pursuant to the Court's Order, Plaintiff's Second Amended Complaint ("SAC") was due on June 17, 2016, Defendant's response was due on July 18, 2016, and the initial case management conference was continued to August 16, 2016, at 2:00 p.m.

4. On June 16, 2016, Defendant's counsel contacted Plaintiff's counsel, who are also counsel to the *Homampour* plaintiffs, and inquired whether they intended to file an Administrative Motion to Consider Whether Cases Should Be Related, pursuant to Civil Local Rule 3-12 ("Administrative Motion"), with respect to the *Homampour* and *Barbor* cases.

5. Plaintiff filed her SAC in this action on June 17, 2016. [Dkt. No. 17.] In the SAC, Plaintiff substituted Blue Shield for Blue Shield Life, which had been incorrectly named as the defendant in this case.

6. On June 30, 2016, Plaintiff's counsel confirmed that they would proceed with the Administrative Motion to relate *Barbor* to *Homampour*.

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND ORDER TO CONTINUE THE INITIAL CMC AND TO EXTEND TIME FOR DEFENDANT TO RESPOND TO SECOND AMENDED COMPLAINT
CASE NO. 3:16-CV-01773-WHO

7. On July 12, 2016, the parties filed a stipulation to further extend time for Blue Shield to respond to the SAC, due to the possibility that *Barbor* and *Homampour* would be related upon filing of the Administrative Motion to relate the cases, and because Blue Shield intended to raise similar arguments in its motion to dismiss Plaintiff's SAC as it has already raised in the pending motion to dismiss in *Homampour*. The parties also requested to continue the initial case management conference until after Blue Shield's response deadline. [Dkt. No. 22.]

8. On July 12, 2016, the *Homampour* plaintiffs filed the Administrative Motion. [*Homampour* Dkt. No. 32.]

9. On July 15, 2016, the Court entered an Order extending the deadline for Blue Shield to respond to the SAC until August 12, 2016. The Order further provided that, in the event that Blue Shield files a motion to dismiss the SAC, the Court would vacate the initial case management conference set for August 16, 2016. [Dkt. No. 25.]

10. On July 18, 2016, Blue Shield filed its response supporting the Administrative Motion.

11. On July 21, 2016, Judge Orrick entered an order relating *Barbor* and *Homampour*. [*Homampour* Dkt. No. 36; *Barbor* Dkt. No. 26.] *Barbor* was therefore reassigned to Judge Orrick. Judge Orrick re-set the *Barbor* initial case management conference for August 16, 2016 at 2:00 p.m. before Judge Orrick. [Dkt. No. 27.]

12. The *Homampour* motion to dismiss hearing is scheduled for August 10, 2016.

13. The parties agree that, because Blue Shield intends to raise similar arguments in its motion to dismiss Plaintiff's SAC as it has already raised in the pending motion to dismiss in the related case, *Homampour*, Blue Shield's time to respond to Plaintiff's SAC should be extended to 30 days following the August 10, 2016 hearing on the *Homampour* motion to dismiss. The parties agree that the Court's ruling on the *Homampour* motion to dismiss will inform Blue Shield's response to Plaintiff's SAC, and the extension will therefore serve judicial efficiency and avoid needless duplication of resources. Blue Shield's time to move, answer, or otherwise respond to the SAC is therefore extended to and including September 9, 2016.

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND ORDER TO CONTINUE THE INITIAL CMC AND TO EXTEND TIME FOR DEFENDANT TO RESPOND TO SECOND AMENDED COMPLAINT
CASE NO. 3:16-CV-01773-WHO

14. In the event the Court takes the *Homampour* motion to dismiss under submission and does not issue a ruling on the motion to dismiss on August 10, 2016, the parties agree that they may file a stipulation seeking a further extension of time for Blue Shield to respond to Plaintiff's SAC.

15. The parties also agree that the initial case management conference should be continued until after Blue Shield's response deadline. The parties agree to continue the initial case management conference to Tuesday, September 13, 2016 at 2:00 p.m., or a subsequent date convenient to the Court.

**IT IS SO STIPULATED.**

Dated: July 26, 2016    KANTOR & KANTOR, LLP

By: /s/ Timothy J. Rozelle
    Glenn R. Kantor
    Timothy J. Rozelle
    *Attorneys for Plaintiff*
    ADRIANA BARBOR

Dated: July 26, 2016    MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Leah R. Adams
    Gregory N. Pimstone
    John LeBlanc
    Ileana M. Hernandez
    Leah R. Adams
    *Attorneys for Defendant*
    CALIFORNIA PHYSICIANS' SERVICE DBA BLUE SHIELD OF CALIFORNIA

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 27, 2016

    Honorable William H. Orrick
    United States District Court Judge

3

STIPULATION AND ORDER TO CONTINUE THE INITIAL CMC AND TO EXTEND TIME FOR DEFENDANT TO RESPOND TO SECOND AMENDED COMPLAINT
CASE NO. 3:16-CV-01773-WHO