MANATT, PHELPS & PHILLIPS, LLP
GREGORY N. PIMSTONE (CA Bar No. 150203)
JOHN LEBLANC (CA Bar No. 155842)
ILEANA M. HERNANDEZ (CA Bar No. 198906)
LEAH R. ADAMS (CA Bar No. 266645)
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

*Attorneys for Defendant*
CALIFORNIA PHYSICIANS' SERVICE dba
BLUE SHIELD OF CALIFORNIA

KANTOR & KANTOR, LLP
GLENN R. KANTOR (CA Bar No. 122643)
TIMOTHY J. ROZELLE (CA Bar No. 298332)
19839 Nordhoff Street
Northridge, CA 91324
Telephone:  (818) 886-2525
Facsimile:   (818) 350-6272

*Attorneys for Plaintiff*
ADRIANA BARBOR

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADRIANA BARBOR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA PHYSICIANS' SERVICE dba BLUE SHIELD OF CALIFORNIA,<br><br>　　　　Defendant. | Case No. 3:16-cv-01773-WHO<br><br>Honorable William H. Orrick<br><br>**STIPULATION AND ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND TO ALLOW PLAINTIFF TO FILE A THIRD AMENDED COMPLAINT**<br><br>Complaint Filed:　April 7, 2016 |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND ORDER TO CONTINUE THE INITIAL CMC AND TO ALLOW
PLAINTIFF TO FILE A THIRD AMENDED COMPLAINT
CASE NO. 3:16-CV-01773-WHO

Plaintiff Adriana Barbor ("Plaintiff") and Defendant California Physicians' Service dba Blue Shield of California ("Blue Shield" or "Defendant") stipulate, pursuant to Civil Local Rule 6-2, as follows:

1. Plaintiff filed this action against Blue Shield Life & Health Insurance Company ("Blue Shield Life") on April 7, 2016. [Dkt. No. 1.] The case was assigned to the Honorable Haywood S. Gilliam, Jr.

2. On May 20, 2016, Plaintiff filed her First Amended Complaint ("FAC"). [Dkt. No. 13.] On June 3, 2016, Blue Shield Life informed Plaintiff's counsel of various defects it had identified with the FAC, including, among other things, that Plaintiff had named the wrong entity. At that time, Blue Shield Life stated that it believed that several arguments it had raised in its motion to dismiss portions of the second amended complaint in *Homampour, et al. v. Blue Shield of California Life and Health Insurance Company, et al.*, Case No. 15-cv-05003-WHO, were applicable to the *Barbor* FAC.

3. On June 9, 2016, the parties filed a stipulation regarding the filing of an amended complaint and continuation of the case management conference initially set for July 19, 2016. [Dkt. No. 15.] On June 10, 2016, the Court entered the parties' stipulation. [Dkt. No. 16.] Pursuant to the Court's Order, Plaintiff's Second Amended Complaint ("SAC") was due on June 17, 2016, Defendant's response was due on July 18, 2016, and the initial case management conference was continued to August 16, 2016, at 2:00 p.m.

4. On June 16, 2016, Defendant's counsel contacted Plaintiff's counsel, who are also counsel to the *Homampour* plaintiffs, and inquired whether they intended to file an Administrative Motion to Consider Whether Cases Should Be Related, pursuant to Civil Local Rule 3-12 ("Administrative Motion"), with respect to the *Homampour* and *Barbor* cases.

5. Plaintiff filed her SAC in this action on June 17, 2016. [Dkt. No. 17.] In the SAC, Plaintiff substituted Blue Shield for Blue Shield Life, which had been incorrectly named as the defendant in this case.

6. On June 30, 2016, Plaintiff's counsel confirmed that they would proceed with the Administrative Motion to relate *Barbor* to *Homampour*.

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

7. On July 12, 2016, the parties filed a stipulation to further extend time for Blue Shield to respond to the SAC, due to the possibility that *Barbor* and *Homampour* would be related upon filing of the Administrative Motion to relate the cases, and because Blue Shield intended to raise similar arguments in its motion to dismiss Plaintiff's SAC as it had already raised in the pending motion to dismiss in *Homampour*. The parties also requested to continue the initial case management conference until after Blue Shield's response deadline. [Dkt. No. 22.]

8. On July 12, 2016, the *Homampour* plaintiffs filed the Administrative Motion. [*Homampour* Dkt. No. 32.]

9. On July 15, 2016, the Court entered an Order extending the deadline for Blue Shield to respond to the SAC until August 12, 2016. The Order further provided that, in the event that Blue Shield filed a motion to dismiss the SAC, the Court would vacate the initial case management conference set for August 16, 2016. [Dkt. No. 25.]

10. On July 18, 2016, Blue Shield filed its response supporting the Administrative Motion.

11. On July 21, 2016, Judge Orrick entered an order relating *Barbor* and *Homampour*. [*Homampour* Dkt. No. 36; *Barbor* Dkt. No. 26.] *Barbor* was therefore reassigned to Judge Orrick. Judge Orrick re-set the *Barbor* initial case management conference for August 16, 2016 at 2:00 p.m. before Judge Orrick. [Dkt. No. 27.]

12. On July 26, 2016, the parties filed a stipulation before Judge Orrick, agreeing to extend Blue Shield's time to respond to Plaintiff's SAC to 30 days following the August 10, 2016 hearing on the *Homampour* motion to dismiss, because the Court's ruling on that motion would inform Blue Shield's response to Plaintiff's SAC. [*Barbor* Dkt. No. 28.] The parties also agreed that, in the event the Court took the *Homampour* motion to dismiss under submission on August 10, 2016, the parties could file a stipulation seeking a further extension of time for Blue Shield to respond to Plaintiff's SAC. [*Id.*] Finally, the parties also agreed to continue the initial case management conference until after Blue Shield's response deadline, to September 13, 2016. [*Id.*] The Court entered its Order on the stipulation on July 27, 2016. [Dkt. No. 30.]

13. The *Homampour* motion to dismiss hearing occurred on August 10, 2016. While

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

3

STIPULATION AND ORDER TO CONTINUE THE INITIAL CMC AND TO ALLOW PLAINTIFF TO FILE A THIRD AMENDED COMPLAINT
CASE NO. 3:16-CV-01773-WHO

1  the motion is still under submission, the Court indicated in its minutes that its Order would grant
2  leave to file an amended complaint two weeks after the scheduled September 19, 2016 mediation.
3  [*Homampour* Dkt. No. 41.]

4      14.    The parties have agreed that Plaintiff, like the *Homampour* plaintiffs, will file an
5  amended complaint two weeks after the scheduled September 19, 2016 mediation, by October 3,
6  2016. Blue Shield will have until October 24, 2016 to respond to Plaintiff's third amended
7  complaint.

8      15.    The parties also agree that the initial case management conference should be
9  continued until after Blue Shield's response deadline. The parties agree to continue the initial case
10 management conference to Tuesday, November 8, 2016 at 2:00 p.m., or a subsequent date
11 convenient to the Court.

12     16.    In the event that Blue Shield files a motion to dismiss Plaintiff's third amended
13 complaint, the parties agree that they will file a stipulation to move the initial case management
14 conference to the date of the hearing on Blue Shield's motion.

15 **IT IS SO STIPULATED.**

17 Dated: August 22, 2016    KANTOR & KANTOR, LLP

20     By: /s/ Timothy J. Rozelle
21         Glenn R. Kantor
        Timothy J. Rozelle
        *Attorneys for Plaintiff*
        ADRIANA BARBOR

23 Dated: August 22, 2016    MANATT, PHELPS & PHILLIPS, LLP

25     By: /s/ Leah R. Adams
        Gregory N. Pimstone
        John LeBlanc
        Ileana M. Hernandez
        Leah R. Adams
        *Attorneys for Defendant*
        CALIFORNIA PHYSICIANS' SERVICE DBA
        BLUE SHIELD OF CALIFORNIA

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND ORDER TO CONTINUE THE INITIAL CMC AND TO ALLOW
PLAINTIFF TO FILE A THIRD AMENDED COMPLAINT
CASE NO. 3:16-CV-01773-WHO

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  August 23 , 2016                         _____
                                                Honorable William H. Orrick
                                                United States District Court Judge

4

STIPULATION AND ORDER TO CONTINUE THE INITIAL CMC AND TO ALLOW
PLAINTIFF TO FILE A THIRD AMENDED COMPLAINT
CASE NO. 3:16-CV-01773-WHO

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES