MANATT, PHELPS & PHILLIPS, LLP
GREGORY N. PIMSTONE (CA Bar No. 150203)
JOHN LEBLANC (CA Bar No. 155842)
ILEANA M. HERNANDEZ (CA Bar No. 198906)
LEAH R. ADAMS (CA Bar No. 266645)
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

*Attorneys for Defendant*
CALIFORNIA PHYSICIANS' SERVICE dba
BLUE SHIELD OF CALIFORNIA

KANTOR & KANTOR, LLP
GLENN R. KANTOR (CA Bar No. 122643)
TIMOTHY J. ROZELLE (CA Bar No. 298332)
19839 Nordhoff Street
Northridge, CA 91324
Telephone:  (818) 886-2525
Facsimile:   (818) 350-6272

*Attorneys for Plaintiff*
ADRIANA BARBOR

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA BARBOR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA PHYSICIANS' SERVICE dba BLUE SHIELD OF CALIFORNIA,<br><br>　　　　Defendant. | Case No. 3:16-cv-01773-WHO<br><br>Honorable William H. Orrick<br><br>**STIPULATION AND ORDER TO SET BRIEFING SCHEDULE ON DEFENDANT CALIFORNIA PHYSICIANS' SERVICE DBA BLUE SHIELD OF CALIFORNIA'S MOTION TO DISMISS AND TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed:    April 7, 2016 |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND  ORDER TO SET BRIEFING SCHEDULE ON BLUE SHIELD'S MOTION
TO DISMISS AND TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE
CASE NO. 3:16-CV-01773-WHO

Plaintiff Adriana Barbor ("Plaintiff") and Defendant California Physicians' Service dba Blue Shield of California ("Blue Shield" or "Defendant") stipulate, pursuant to Civil Local Rule 6-2, as follows:

1. Plaintiff filed this action against Blue Shield of California Life & Health Insurance Company ("Blue Shield Life") on April 7, 2016. (Dkt. No. 1.)

2. On May 20, 2016, Plaintiff filed her First Amended Complaint ("FAC"). (Dkt. No. 13.)

3. On June 9, 2016, the parties filed a stipulation regarding the filing of an amended complaint and continuation of the case management conference initially set for July 19, 2016. (Dkt. No. 15.) On June 10, 2016, the Court entered the parties' stipulation. (Dkt. No. 16.) Pursuant to the Court's Order, Plaintiff's Second Amended Complaint ("SAC") was due on June 17, 2016, Defendant's response was due on July 18, 2016, and the initial case management conference was continued to August 16, 2016.

4. Plaintiff filed her SAC in this action on June 17, 2016. (Dkt. No. 17.) In the SAC, Plaintiff substituted Blue Shield for Blue Shield Life, which had been incorrectly named as the defendant in this case.

5. On July 12, 2016, the parties filed a stipulation to further extend time for Blue Shield to respond to the SAC, due to the possibility that this case and *Homampour v. California Physicians' Service*, Case No. 3:15-cv-05003-WHO, would be related upon filing of an Administrative Motion to relate the cases, and because Blue Shield intended to raise similar arguments in its motion to dismiss Plaintiff's SAC as it has already raised in the pending motion to dismiss in *Homampour*. The parties also requested to continue the initial case management conference until after Blue Shield's response deadline. (Dkt. No. 22.)

6. On July 15, 2016, the Court entered an Order extending the deadline for Blue Shield to respond to the SAC until August 12, 2016. The Order further provided that, in the event that Blue Shield filed a motion to dismiss the SAC, the Court would vacate the initial case management conference set for August 16, 2016. (Dkt. No. 25.)

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

1
STIPULATION AND ORDER TO SET BRIEFING SCHEDULE ON BLUE SHIELD'S MOTION TO DISMISS
AND TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE,
CASE NO. 3:16-CV-01773-WHO

7. On July 21, 2016, this Court entered an order relating *Barbor* and *Homampour*. (*Homampour* Dkt. No. 36; *Barbor* Dkt. No. 26.) *Barbor* was therefore reassigned to this Court. The Court re-set the *Barbor* initial case management conference for August 16, 2016 at 2:00 p.m. before Judge Orrick. (Dkt. No. 27.)

8. On July 26, 2016, the parties entered into a stipulation to continue the initial case management conference to September 13, 2016 and to further extend the time for Blue Shield to respond to the SAC, to September 19, 2016. The parties agreed that, in the event the Court took the *Homampour* motion to dismiss under submission, the parties could file a stipulation seeking a further extension of time for Blue Shield to respond to the SAC. (Dkt. No. 29.) The Court entered its Order on the stipulation on July 27, 2016. (Dkt. No. 30.)

9. The *Homampour* motion to dismiss was heard on August 10, 2016, and the motion was taken under submission. The Court indicated that it would grant the *Homampour* plaintiffs leave to file an amended complaint two weeks after the parties' scheduled September 19, 2016 mediation. (*Homampour* Dkt. No. 41.)

10. On August 22, 2016, the parties entered into a stipulation to allow Plaintiff to also file a third amended complaint ("TAC") within two weeks of the parties' scheduled September 19, 2016 mediation, by October 3, 2016. The parties also agreed to continue the initial case management conference to November 8, 2016. The parties further agreed that, in the event that Blue Shield files a motion to dismiss Plaintiff's TAC, the parties would file a stipulation to move the initial case management conference to the date of the hearing on Blue Shield's motion. (Dkt. No. 31.) The Court entered its Order on the stipulation on August 23, 2016. (Dkt. No. 33.)

11. On October 3, 2016, Plaintiff filed her TAC. (Dkt. No. 34.)

12. On October 17, 2016, the parties met and conferred by telephone. Blue Shield's counsel informed Plaintiff's counsel that Blue Shield intends to file a motion to dismiss the TAC.

13. The parties agreed that Blue Shield's motion to dismiss will be heard on Wednesday, December 14, 2016, at 2:00 p.m., or a date convenient to the Court. The parties also agreed to stipulate to a briefing schedule for Blue Shield's motion to dismiss, due to the fact that

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

2
STIPULATION AND ORDER TO SET BRIEFING SCHEDULE ON BLUE SHIELD'S MOTION TO DISMISS
AND TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE
CASE NO. 3:16-CV-01773-WHO

the parties will also be briefing a motion to dismiss in *Homampour* and because of the upcoming Thanksgiving holiday.

14. The parties agreed upon the following briefing schedule: Plaintiff's opposition will be due on November 14, 2016, and Blue Shield's reply will be due on December 5, 2016.

15. The parties also agreed to continue the initial case management conference to the same date and time as the hearing on the motion to dismiss, namely, Wednesday, December 14, 2016, at 2:00 p.m.

**IT IS SO STIPULATED.**

Dated: October 19, 2016          KANTOR & KANTOR, LLP

                                 By: /s/ Timothy J. Rozelle
                                     Glenn R. Kantor
                                     Timothy J. Rozelle
                                     *Attorneys for Plaintiff*
                                     ADRIANA BARBOR

Dated:   October 19, 2016        MANATT, PHELPS & PHILLIPS, LLP

                                 By: /s/ Ileana M. Hernandez
                                     Gregory N. Pimstone
                                     John LeBlanc
                                     Ileana M. Hernandez
                                     Leah R. Adams
                                     *Attorneys for Defendant*
                                     CALIFORNIA PHYSICIANS' SERVICE DBA
                                     BLUE SHIELD OF CALIFORNIA

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 26, 2016          _____
                                 Honorable William H. Orrick
                                 United States District Court Judge