UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA BARBOR,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA PHYSICIANS' SERVICE,<br><br>    Defendant. | Case No.   16-cv-01773-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 43 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: November 15, 2016

_____
WILLIAM H. ORRICK
United States District Judge